```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Civil No. 08-5273(DSD/JSM)
```

Summit Recovery, LLC,

       Plaintiff,

v.                                                      **ORDER**

Credit Card Reseller, LLC and
Bobbie-Jo Diebold,

       Defendant and Third
       Party Plaintiffs,

v.

Security Credit Services, LLC,

       Defendant and Third
       Party Plaintiff,

v.

Restaurant eFund, LLC and
John Greg Brashear,

       Third Party Defendants.

     This matter is before the court upon defendant and third-party plaintiff, Security Credit Services, LLC's ("Security Credit Services") motion for entry of default judgment against third-party defendants, Restaurant eFund, LLC and John Greg Brashear. Based upon a review of the file, record and proceedings herein, the court determines that Security Credit Services is entitled to entry of default judgment. Accordingly, **IT IS HEREBY ORDERED** that Security

Credit Services' motion for entry of default judgment against Restaurant eFund, LLC and John Greg Brashear [Doc. No. 32] is granted.

Dated: October 30, 2009

                                          <u>s/David S. Doty</u>
                                          David S. Doty, Judge
                                          United States District Court